USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2020

# PINCUS LAW LLC

90 Broad Street, 23rd Floor
New York, New York 10004

———

Mark S. Pincus
Managing Member

Telephone: (212) 962-2900
Facsimile: (347) 803-1789
Email: mark@pincus-law.com

SO ORDERED. 7/8/2020

*Alison J. Nathan*
Alison J. Nathan, U.S.D.J.

Admitted NY & NJ

> Because Defendants have not yet been served, the Initial Pretrial Conference scheduled for Friday, August 7, 2020 is adjourned *sine die*.
>
> Plaintiffs shall submit a letter detailing the status of service of the Defendants on or before Friday, August 21, 2020. At that time, Plaintiffs shall also file a corrected Civil Cover Sheet, as ordered on March 25, 2020. SO ORDERED.

July 2, 2020

BY ECF
Hon. Alison J. Nathan, U.S.D.J.
United States District Court, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Catone v. Facebook, Inc.*, Case No. 1:20-cv-02383-AJN

Dear Judge Nathan:

    My firm represents Defendants Facebook, Inc. and Mark Zuckerberg. Plaintiffs filed their Complaint on March 24, 2020 and still have not yet (1) filed a proposed summons; (2) served any Defendant; or (3) addressed the March 25, 2020 notice from the Court requiring them to file a corrected Civil Cover Sheet.

    The Federal Rules of Civil Procedure provide that if a defendant "is not served within 90 days after the complaint is filed," then the court, either on motion or on its own after notice to the plaintiff, "must dismiss the action without prejudice against that defendant or order that service be made within a specific time." Fed. R. Civ. P. 4(m). Therefore, Defendants respectfully request that this Court set a date certain by which this action will be dismissed unless Plaintiffs file a proposed summons, make service, and file a corrected Civil Cover Sheet.

    Defendants also request that this Court remove the Initial Conference scheduled for August 8 from the calendar, to be rescheduled only if Plaintiffs correct the above-named deficiencies.

Respectfully submitted,

*Mark S. Pincus*
Mark S. Pincus